# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number:    08 CV 1951

ROBERT ROGALA v. THE CITY OF BERWYN, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF BERWYN

| | |
|---|---|
| NAME (Type or print) <br> Robert Wilder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Robert Wilder | |
| FIRM <br> ODELSON & STERK, LTD. | |
| STREET ADDRESS <br> 3318 West 95th Street | |
| CITY/STATE/ZIP <br> Evergreen Park, Illinois 60805 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06244917 | TELEPHONE NUMBER <br> (708) 424-5678 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐      NO X

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐      NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES ☐      NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐    NO X

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X          APPOINTED COUNSEL ☐