**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert Rogala
                Plaintiff,

v.	Case No.: 1:08−cv−01951
	Honorable Amy J. St. Eve

R. Ortiz, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 5/19/2008, (Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 7/21/2008 at 08:30 AM. Rule 26(a)(1) disclosures due 5/28/2008. Written discovery to be issued by 6/6/2008. Fact discovery ordered closed by 11/28/2008. Plaintiff's expert disclosures with reports due 1/6/2009. Defendant's expert disclosures with reports due 2/4/2009. Expert discovery ordered closed by 2/20/2009.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.