THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROGALA, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 08 CV 1951 |
| THE CITY OF BERWYN, et al., | ) |
|       Defendants. | ) |

## NOTICE OF FILING

To:　See attached Service List

    Please take notice that on June 6, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached City of Berwyn's Answer to Plaintiff's Complaint, a copy of which is attached hereto.

                                        By:　s:/Robert Wilder　　　.
                                                   One of Its Attorneys

ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants mentioned on the attached Service List on this 6th day of June, 2008.

                                                        s:/Robert Wilder　　　.

## **SERVICE LIST**

Edward M. Fox
Ed Fox & Associates
300 W. Adams
Suite 300
Chicago, Illinois 60606

Michael Wall
Rothschild, Barry & Meyers, LLP
55 West Monroe Street
Suite 3900
Chicago, Illinois 60603

John Murphey
Rosenthal, Murphey & Coblentz
30 N. LaSalle Street
Suite 1624
Chicago, Illinois 60602

Kelly Kachmarik
James J. Roche and Associates
642 N. Dearborn Street
Chicago, Illinois 60610