IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROGALA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 CV 1951 |
| ) | |
| P.O.R. ORTIZ Star No. 286, P.O.G. ) | Judge St. Eve |
| CONOBOY Star No. 331, P.O.J. ) | |
| TADROWSKI Star No. 296, Individually, ) | Magistrate Judge Keys |
| and THE CITY OF BERWYN ) | |
| ) | |
| Defendants ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES OF JAMES TADROWSKI *INSTANTER*

Defendant James Tadrowski ("Tadrowski"), by his attorney Michael J. Wall of Rothschild, Barry & Myers LLP moves for leave to file his Answer and Affirmative Defenses *Instanter* and in support states:

1. After the City of Berwyn was served in this matter the individual Defendants, including Tadrowski, waived service and an appearance was filed on behalf of Tadrowski on May 15, 2008.

2. Tadrowski's responsive pleading could not be prepared until this date because Tadrowski has been on active duty with the United States Army.

3. A copy of Tadrowski's proposed Answer and Affirmative Defenses are attached hereto.

4. Plaintiff's counsel has no objection to this motion.

WHEREFORE, Defendant James Tadrowski prays that this Honorable Court enter an Order granting him leave to file *instanter* his Answer and Affirmative Defenses.

                        JAMES TADROWSKI,

                    By: s/ Michael J. Wall
                          One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345