IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROGALA, )   ) Plaintiff, ) v. ) ) P.O.R. ORTIZ Star No. 286, P.O.G. ) CONOBOY Star No. 331, P.O.J. ) TADROWSKI Star No. 296, Individually, ) and THE CITY OF BERWYN ) ) Defendants ) | No. 08 CV 1951 Judge St. Eve Magistrate Judge Keys |

### NOTICE OF MOTON

    **PLEASE TAKE NOTICE** that Tuesday, July 15, 2008 at 8:30 a.m., we shall appear before Judge Amy J. St. Eve in Courtroom 1241 or the Courtroom usually occupied by her at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present Unopposed Motion for Leave to File Answer and Affirmative Defenses of James Tadrowski *Instanter*, a copy of which is attached hereto.

                                                                           JAMES TADROWSKI,

                                                       By:    s/  Michael J. Wall
                                                                           One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I caused the attached **Notice of Motion** and **Unopposed Motion for Leave to File Answer and Affirmative Defenses of James Tadrowski** *Instanter*, to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF upon:

Edward M. Fox
efox@efox-law.com

Leslie C. McCoy
lmccoy@efox-law.com

Mark H. Sterk
msterk@odelsonsterk.com

Richard F. Bruen, Jr.
rbruen@odelsonsterk.com

Robert R. Wilder
rwilder@odelsonsterk.com

James J. Roche
jroche@jjroche.net

Kelly Kathleen Kachmarik
kmkachmarik@jjroche.net

                                                                  s/ Michael J. Wall
                                                                  Michael J. Wall