IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT ROGALA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1951 |
| ) | |
| P.O.R. ORTIZ Star No. 286, P.O.G. ) | Judge St. Eve |
| CONOBOY Star No. 331, P.O.J. ) | |
| TADROWSKI Star No. 296, Individually, ) | Magistrate Judge Keys |
| and THE CITY OF BERWYN ) | |
| ) | |
| Defendants ) | |

### NOTICE OF FILING

**TO:**   Edward M. Fox                         Robert R. Wilder
            efox@efox-law.com                    rwilder@odelsonsterk.com

            Leslie C. McCoy                       James J. Roche
            lmccoy@efox-law.com              jroche@jjroche.net

            Mark H. Sterk                           Kelly Kathleen Kachmarik
            msterk@odelsonsterk.com         kmkachmarik@jjroche.net

            Richard F. Bruen, Jr.
            rbruen@odelsonsterk.com

On July 14, 2008, we filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois 60604, **Answer and Affirmative Defenses of James Tadrowski**, a copy of which is hereby served upon you.

JAMES TADROWSKI,

By:   s/ Michael J. Wall
         One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing notice of filing to be filed electronically with the Clerk of the Court and document referred to therein upon Plaintiff and all other counsel of record via ECF system and served electronically through ECF upon:

Edward M. Fox
efox@efox-law.com

Leslie C. McCoy
lmccoy@efox-law.com

Mark H. Sterk
msterk@odelsonsterk.com

Richard F. Bruen, Jr.
rbruen@odelsonsterk.com

Robert R. Wilder
rwilder@odelsonsterk.com

James J. Roche
jroche@jjroche.net

Kelly Kathleen Kachmarik
kmkachmarik@jjroche.net

                                                                                      s/ Michael J. Wall
                                                                                        Michael J. Wall