# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Rogala

                              Plaintiff,

v.                                                    Case No.: 1:08–cv–01951
                                                      Honorable Amy J. St. Eve

R. Ortiz, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

        MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/21/2008 and continued to 9/16/08 at 8:30 a.m. Individual defendant officer to issue written discovery by 8/4/08. Parties to contact the courtroom deputy, 312/435–5879, by 8/1/08 if they wish to proceed with a settlement conference before the Magistrate Judge.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.