IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROGALA, | | |
| | Plaintiff, | No.   07 C 4421 |
| vs. | | |
| P.O. R. ORTIZ Star No. 286, P.O. G. CONOBOY Star No. 331, P.O. J. TADROWSKI Star No. 296, Individually, and THE CITY OF BERWYN, | | Judge Milton I. Shadur |
| | | Magistrate Judge Valdez |
| | Defendants. | |

## NOTICE OF MOTION

**TO:**  Edward M. Fox                                  James J. Roche
Leslie C. McCoy                                Kelly Kathleen Kachmarik
Ed Fox & Associates                        James J. Roche and Assoc.
300 W. Adams St., #330                 642 North Dearborn Street
Chicago, Illinois 60606                    Chicago, Illinois 60610

Michael James Wall                       Richard F. Bruen, Jr.
Alan S. Madans                               Mark H. Sterk
Robin Korman Powers                   Robert R. Wilder
Rothschild, Barry & Myers, P.C.    Odelson & Sterk, Ltd.
55 West Monroe St., Suite 3900   3318 West 95th Street
Chicago, Illinois 60603                    Evergreen Park., Illinois 60805

PLEASE TAKE NOTICE that on **Wednesday, August 6, 2008**, I shall appear before the Honorable Amy J. St. Eve, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1241, Chicago, Illinois at **8:30 a.m.** or as soon thereafter as counsel may be heard, and present to her or any judge sitting in her stead, **MOTION FOR LEAVE TO FILE ANSWER, INSTANTER**, a copy of which is attached hereto and served upon you herewith.

                                                                                        /s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorney for Ramon Ortiz
30 North LaSalle Street, Suite 1624
Chicago, Illinois  60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Edward M. Fox
Leslie C. McCoy
Ed Fox & Associates
300 W. Adams St., #330
Chicago, Illinois 60606

Michael James Wall
Alan S. Madans
Robin Korman Powers
Rothschild, Barry & Myers, P.C.
55 West Monroe St., Suite 3900
Chicago, Illinois 60603

James J. Roche
Kelly Kathleen Kachmarik
James J. Roche and Assoc.
642 North Dearborn Street
Chicago, Illinois 60610

Richard F. Bruen, Jr.
Mark H. Sterk
Robert R. Wilder
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park., Illinois 60805

    /s/   Douglas M. Doty\_\_\_\_
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Ramon Ortiz
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191