UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Rogala
                    Plaintiff,

v.                                                          Case No.: 1:08–cv–01951
                                                            Honorable Amy J. St. Eve

R. Ortiz, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

     MINUTE entry before the Honorable Amy J. St. Eve: Defendant Ortiz's motion for leave to file answer instanter [28] is granted. Defendant's counsel should separately file the answer upon receipt of this order. No appearance is required on the 8/6/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.