UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROGALA | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 1951 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| | ) | Magistrate Judge Keys |
| P.O.R. ORTIZ Star No. 286 | ) | |
| P.O.G. CONOBOY Star No. 331 | ) | |
| P.O.J. TADROWSKI Star No. 296, | ) | |
| Individually, and THE CITY OF BERWYN | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that Defendant CONOBOY will present a motion for Leave to File Answer and Affirmative Defenses for individual Defendant CONOBOY on Wednesday, August 6, 2008 at 8:30 a.m. before Honorable Judge St. Eve at the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,


  /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik #6275425
JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendant Conoboy
642 North Dearborn Street
Chicago, IL 60610
312-335-0044     Fax: 312-335-9009
Kmkachmarik@jjroche.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

/S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik
Attorney No.6275425
Attorney for Defendant Conoboy
James J. Roche & Associates
642 North Dearborn
Chicago, Illinois 60610
312-335-0044
312-335-9009 (fax)
Kmkachmarik@jjroche.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ROGALA | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 1951 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| | ) | Magistrate Judge Keys |
| P.O.R. ORTIZ Star No. 286 | ) | |
| P.O.G. CONOBOY Star No. 331 | ) | |
| P.O.J. TADROWSKI Star No. 296, | ) | |
| Individually, and THE CITY OF BERWYN | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that Defendant CONOBOY will present a motion for Leave to File Answer and Affirmative Defenses for individual Defendant CONOBOY on Wednesday, August 6, 2008 at 8:30 a.m. before Honorable Judge St. Eve at the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,


 /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik #6275425
JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendant Conoboy
642 North Dearborn Street
Chicago, IL 60610
312-335-0044     Fax: 312-335-9009
Kmkachmarik@jjroche.net

## CERTIFICATE OF SERVICE

I hereby certify that on **July 30,** 2008, I filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

/S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik
Attorney No.6275425
Attorney for Defendant Conoboy
James J. Roche & Associates
642 North Dearborn
Chicago, Illinois 60610
312-335-0044
312-335-9009 (fax)
Kmkachmarik@jjroche.net