## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Rogala
                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01951
　　　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

R. Ortiz, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

     MINUTE entry before the Honorable Amy J. St. Eve: Defendant Conoboy's motion to file answer and affirmative defenses instanter [32] is granted. Defendant's counsel should separately file said pleading upon receipt of this order. No appearance is required on the 8/6/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.